WDS/JTA/arm #1820412

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VISCOFAN, USA, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-2066 |
| FLINT GROUP, | ) | |
| Defendant. | ) | |

### MOTION FOR AN EXTENSION OF TIME IN WHICH TO
### ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

The Defendant, Flint Group, by and through its attorneys, Johnson & Bell, Ltd., moves this Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to enter an order granting it an extension of time from March 18, 2008 to and including April 14, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of its motion, Defendant states as follows:

1. On February 6, 2008, Plaintiff filed this action in the Circuit Court of Vermilion County.

2. On February 11, 2008, Defendant was served with a Summons and Complaint.

3. On or about March 11, 2008, Defendant timely filed its Notice of Removal of this action.

4. Defendant recently retained the undersigned counsel to represent it in this action.

5. Defendant's counsel has not had sufficient time in which to investigate the allegations of the Complaint due, in part, to the fact that many of the persons most knowledgeable about the transactions alleged in the Complaint reside in Europe.

6. Plaintiff's counsel advised Defendant's counsel that he has no objection to Flint Group's request for an extension of time in which to answer or otherwise plead to Plaintiff's complaint.

WHEREFORE, Defendant Flint Group respectfully requests this Court to enter an order extending the time from March 18, 2008 to April 14, 2008 in which to answer or otherwise plead to Plaintiff's complaint.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By: /s/William D. Serritella
William D. Serritella, One of the Attorneys for Flint Group

Dated: March 17, 2008

William D. Serritella #02553333
Joann T. Angarola # 02796163
JOHNSON & BELL, LTD.,
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Telephone: (312) 372-0770
Firm ID #06347

## CERTIFICATE OF SERVICE

The undersigned certifies that he served the foregoing Motion for an Extension of Time Upon Which to Respond to Plaintiff's Complaint upon:

Steven H. Hoeft, P.C.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States mail box located at 33 West Monroe Street, Chicago, Illinois at or before 5:00 p.m. on the 17th day of March, 2008, and upon all attorneys of record electronically via Lexis-Nexis.

/s/ William D. Serritella

[X]   Under penalties as provided by law pursuant to
      Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the
      statements set forth herein are true and correct.

\1820412