AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____Central_____   DISTRICT OF   _____Illinois_____

VISCOFAN USA, INC.

v.

FLINT INK WINSCHOTEN B.V.

**APPEARANCE**

Case Number:   08 C 02066

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Viscofan USA, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/2/2008 | /s/ Holland M. Tahvonen |
| Date | Signature |
| | Holland M. Tahvonen          6279900 |
| | Print Name                   Bar Number |
| | McDermott Will & Emery LLP, 227 West Monroe Street |
| | Address |
| | Chicago         IL         60606-5096 |
| | City            State      Zip Code |
| | (312) 984-7560         (312) 984-7700 |
| | Phone Number          Fax Number |