E-FILED
Tuesday, 08 April, 2008  04:03:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

VISCOFAN USA, INC,

    Plaintiff,

v.

FLINT INK WINSCHOTEN B.V.,

    Defendant.

Case No. 08 C 02066

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Steven Hoeft and Holland Tahvonen and Defendant being represented by Joann Angarola and William Serritella, counsel met on April 1, 2008 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. Due to the international nature of the dispute and the fact that discovery will need to be taken in the United States, Europe, and the Philippines, the trial should be set for February 2010.

2. Parties will exchange initial disclosures pursuant to Fed R. Civ. P. 26(a)(1) by April 23, 2008.

3. The deadline for amendment of pleadings is February 6, 2009.

4. The deadline for joining additional parties is February 6, 2009.

5. Plaintiff shall disclose experts and provide expert reports by July 31, 2009. Plaintiff shall make any such expert available for deposition by August 31, 2009.

6. Defendant shall disclose experts and provide expert reports by September 30, 2009. Defendant shall make any such experts available for deposition by October 31, 2009.

7. All discovery, including deposition of experts, is to be completed by October 31, 2009.

8. The deadline for filing case dispositive motions shall be November 30, 2009.

In addition to scheduling dates, counsel also discussed other subjects set forth in Federal Rule of Civil Procedure 26(f). With respect to these subjects, the parties agreed as follows:

9. A protective order is necessary and appropriate in this case. The parties will jointly prepare a draft protective order and submit it for the Court's consideration by April 23, 2008.

10. The parties are not currently aware of any issues related to the preservation of documents. The parties will produce documents in the manner in which they are kept to the extent feasible or practical, unless otherwise agreed upon at a later date.

11. Prior to the filing of the Complaint, the parties met and conferred regarding settlement. Although they were unable to reach a resolution at that time, the parties agree that a judge-hosted settlement conference is appropriate in this case.

| VISCOFAN USA, INC., Plaintiff | FLINT INK WINSCHOTEN B.V., Defendant |
|---|---|
| By: /s/ Steven H. Hoeft | By: /s/ William D. Serritella |
| Steven H. Hoeft, P.C. (IL Bar #1232290)<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, Illinois 60606<br>Telephone: (312) 984-7737<br>Facsimile: (312) 984-7700 | JOHNSON & BELL LTD.<br>Suite 2700<br>33 West Monroe Street<br>Chicago, Illinois 60603<br>Telephone: (312) 372-0770<br>Facsimile: (312) 372-9818 |

## **ORDER**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a telephone status conference before _____ on _____.

The matter is scheduled for final pretrial conference by personal appearance before _____ on _____.

The matters is scheduled for jury selection/jury trial or bench trial before _____ on _____ (Case No. 08-C-2066).

CHI99 4963104-2.063143.0021