UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| **VISCOFAN USA, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Case No. 08-2066 |
| **FLINT GROUP,** | ) | |
| **Defendant.** | ) | |

# DISCOVERY ORDER

A discovery conference was held **April 23, 2008,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). The conference was held by telephone conference call pursuant to CDIL-LR Rule 16.2(C). Plaintiff was represented by Holland M. Tahvonen. Defendant was represented by Joann T. Angarola and William D. Serritella. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **April 23, 2008.**

2. The deadline for amendment of pleadings is **February 6, 2009.**

3. The deadline for joining additional parties is **February 6, 2009.**

4. Plaintiff shall disclose experts and provide expert reports by **July 31, 2009.** Plaintiff shall make any such experts available for deposition by **August 31, 2009.**

5. Defendant shall disclose experts and provide expert reports by **September 30, 2009.** Defendant shall make any such experts available for deposition by **October 31, 2009.**

6. All discovery, including deposition of experts, is to be completed by **October 31, 2009.**

7. The deadline for filing case dispositive motions shall be **November 30, 2009.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **April 2, 2010, at 1:30 p.m.**

9.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **April 12, 2010, at 9:00 a.m. (approx. 5 days) (Case No. 1).**

ENTER this 28TH day of April, 2008.

s/ DAVID G. BERNTHAL<br>
U.S. MAGISTRATE JUDGE