UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| VISCOFAN USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLINT INK WINSCHOTEN B.V. <br><br> Defendant. | Case No. 08 C 02066 |

**FLINT INK WINSCHOTEN B.V.'S MEMORANDUM AND AFFIDAVIT
REGARDING PLAINTIFF'S PRINCIPAL PLACE OF BUSINESS AND THE
MEANING OF "B.V." IN THE NETHERLANDS**

Defendant, Flint Ink Winschoten B.V. ("Flint"), by its attorneys, Johnson & Bell, Ltd., in response to this Court's request on April 23, 2008, for a memorandum and affidavit regarding plaintiff's principal place of business and the meaning of the designation "B.V." following defendant's name, states as follows and submits the attached affidavit of Jan-Hein Brummelhuis.

1.   On April 23, 2008, at the first scheduling conference in this matter, this Court raised the question of whether it has jurisdiction over this action. Specifically, Judge Magistrate Bernthal inquired as to plaintiff's principal place of business and as to the meaning of "B.V." for the purpose of determining whether there is diversity of citizenship between the parties.

2.   According to plaintiff's counsel, Viscofan USA Inc.'s principal place of business is in Lisle, Illinois.

3.   Defendant, Flint Ink Winschoten B.V. is a private company formed under the laws of the Netherlands. The designation "B.V." following defendant's name is the

abbreviation for "Besloten Vennootschap Met Beperkte Aansprakelijkheid" which means "private company with limited liability" in the Netherlands. The shares of a Besloten Vennootschap met beperkte aansprakelijkheid" are privately registered and not freely transferable.

4.  Defendant, Flint Ink Winschoten B.V. is not a partnership. It is a wholly owned subsidiary of Flint Ink Nederland Holding B.V.

JOHNSON & BELL, LTD.

By___/s/ Joann T. Angarola_____
Joann T. Angarola
Attorney for FLINT INK

William D. Serritella-#02553333
Joann T. Angarola- #02796163
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770
#1863781

# AFFIDAVIT

Mr Jan-Hein Brummelhuis, civil law notary, residing in Deventer, The Netherlands, being first duly sworn, deposes and states:

1. I am lawyer/civil law notary licensed to practice law in the Netherlands and has been so licensed for sixteen (16) years. I have represented Flint Ink Winschoten B.V. in the Netherlands several times.

2. Flint Ink Winschoten B.V. is a private corporation formed and existing under the laws of the Netherlands.

3. I am familiar with the designation of "B.V." This designation is an abbreviation for "Besloten Vennootschap met beperkte aansprakelijkheid" which means "private company with limited liability" in the Netherlands. A "Besloten Vennootschap met beperkte aansprakelijkheid" is not a partnership. Under the laws of the Netherlands, the shares of such a private company are limited and not freely transferable.

Further, Affiant sayeth not.

SUBSCRIBED this 22th day of May, 2008.

NAME:
Jan Hein Brummelhuis
Civil law notary/Notary Public

## AFFIDAVIT OF SERVICE

The undersigned certifies that she caused to be served the foregoing Flint Ink Winschoten B.V.'s Memorandum and Affidavit Regarding Plaintiff's Principal Place of Business and the Meaning of "B.V." in the Netherlands to the attorney listed below:

**Holland M. Tahvonen**
**Steven H. Hoeft**
**McDermott Will & Emery LLP**
**227 West Monroe Street**
**Chicago, IL 60606**

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States mail box located at 33 West Monroe Street, Chicago, Illinois at or before 5:00 p.m. on the 23rd day of May, 2008.

/s/ Joann T. Angarola

[X] Under penalties as provided by law pursuant to Ill. Rev. Stat., Ch. 110, Sec. 1-109, I certify that the statements set forth herein are true and correct.