## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

---

| | |
|---|---|
| **VISCOFAN USA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2066 |
| ) | |
| **FLINT GROUP,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#29) was filed by Magistrate Judge David G. Bernthal in the above cause on April 13, 2009. On April 27, 2009, Defendant, Flint Group, filed its Objection to Report and Recommendation (#30). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#29). This court agrees that Defendant's Motion to Dismiss for Forum Non Conveniens (#16) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#29) is accepted by this court.

(2) Defendant's Motion to Dismiss for Forum Non Conveniens (#16) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 7th day of May, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE